IN THE MATTER OF THE ESTATE OF
EVA CHURIK, DECEASED.

Argued December 11, 1978—Decided January 9, 1979.

*Mr. E. Carter Corriston* argued the cause for appellant Saint Vladimir's Orthodox Theological Seminary (*Messrs. Breslin and Breslin,* attorneys; *Messrs. McCann and McCann* and *Mr. Paul A. Dykstra* on the brief).

*Mr. John Dolan Harrington* argued the cause for respondents Pauline Snyder and George Snyder (*Messrs. Winne, Banta, Rizzi and Harrington,* attorneys; *Mr. Jerrold R. McDowell* on the brief).

Per Curiam. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice Hughes, and Justices Mountain, Sullivan, Pashman, Clifford, Schreiber and Handler—7.

*For reversal*—None.